1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Joel C. Holder, Jr.,                    )   No. CV 05-2856-PHX-MHM (JCG)
                                            )
10              Plaintiff,                   )   **ORDER**
                                            )
11   vs.                                    )
                                            )
12                                          )
    Maricopa County Sheriff's Office et al., )
13                                          )
              Defendants.                   )
14                                          )
                                            )
15

16          Plaintiff, Joel C. Holder, filed his Civil Rights Complaint on September 19, 2005.

17   (Dkt.#1). The same day the Court issued its "Notice of Assignment" advising Plaintiff that

18   he "must file a Notice of Change of Address if your address changes" and that failure to

19   comply "will result in your document being STRUCK and/or your cased being

20   DISMISSED." (Dkt.#2).  On April 20, 2006 the Court issued a screening order advising

21   Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately

22   advise the Court and the United States Marshal of any change of address and its effective

23   date." (Dkt.#3).  On April 26, 2006 Plaintiff's copy of the April 20, 2006 orders were

24   returned by the post-office with the notation of "Return to Sender." (Dkt.#5).

25          The Magistrate Judge filed her Report and Recommendation on June 28, 2006

26   recommending that Plaintiff's case be dismissed without prejudice for failure to comply with

27   the Court's Order and failure to prosecute pursuant to Rule 41(b) Fed.R.Civ.P. (Dkt.#6).  The

28   Court notes that Plaintiff's copy of the Magistrate Judge's Report and Recommendation was

1  returned by the post-office with the notation of "Released."   In addition, Plaintiff has not

2  filed any objections. The Court finds itself in agreement with the Report and

3  Recommendation of the Magistrate Judge.

4       **Accordingly,**

5       **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the

6  Magistrate Judge  as the order of this Court. (Dkt.#6).

7       **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply

8  with the Court's order and failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

9       **IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment

10  accordingly.

11       DATED this 21st day of August, 2006.

12

13

14  _____

15  Mary H. Murguia
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -